# HEARING EXHIBIT SHEET

UNITED STATES

VS.

ROBERT CLINTON MORRIS

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

04 FEB 12 PM 4:27

DEPUTY CLERK

4:02-CR-2-001-2   CASE NO.

COLUMBUS DIVISION
February 12, 2004
GOVERNMENT'S   EXHIBITS

PAGE __1__ OF __1__

| NUMBER | DESCRIPTION | TENDERED | ADMITTED |
|---|---|---|---|
| G-1 | Release/Receipt Document from the DRMO at Ft. Benning | X | X |
| G-2 | CD case containing G-2a | X | X |
| G-2a | CD containing Excel Spread Sheet showing inventory | X | X |
| G-3 | Inventory of items over $800.00 prepared for Ms. Kathy Webb | X | X |
| G-4 | G-3 with handwritten notation of Ms. Webb | X | X |
| G-5 | Inventory of items under $800.00 (Medical Batch) | X | X |
| G-6 | G-5 without NSN | X | X |
| G-7 | Storage Location of Inventory | X | X |
| G-8 | Storage Location of Inventory | X | X |
| G-9 | Storage Location of Inventory | X | X |
| G-10 | Storage Location of Inventory | X | X |
| G-11 | Storage Location of Inventory | X | X |
| G-12 | Storage Location of Inventory | X | X |
| G-13 | Storage Location of Inventory | X | X |
| G-14 | Storage Location of Inventory | X | X |
| G-15 | Storage Location of Inventory | X | X |
| G-19 | Transportation Tracking Report | X | X |

Exhibits are located  in the brown folder with the file